IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAURA HUDAK, Executrix of the Estate of William P. Koballa, | ) ) ) | CASE NO. 5:21-CV-60 |
| Plaintiff, | ) ) ) | JUDGE SARA LIOI MAGISTRATE JUDGE CARMEN E. HENDERSON |
| v. | ) ) | |
| ELMCROFT OF SAGAMORE HILLS, et al., | ) ) ) | **NOTICE OF APPEAL** |
| Defendants. | ) ) ) | |

Notice is given that Defendants Elmcroft of Sagamore Hills, Elmcroft by Eclipse Senior Living, Eclipse Senior Living, Inc., Eclipse Portfolio Operations, LLC, Eclipse Portfolio Operations II, LLC, and Jamie Ashley Cohen, ("Defendants") hereby appeal, pursuant to 28 U.S.C. §1447(d) (right of appeal from remand of federal officer claim), *BP P.L.C. v. Mayor and City Council of Baltimore*, 141 S.Ct. 1532 (2021) ("when a district court's removal order rejects all of the defendants' grounds for removal, § 1447(d) authorizes a court of appeals to review each and every one of them"), and 28 U.S.C. § 1291 (direct appeal of final order), to the United States Court of Appeals for the Sixth Circuit from the District Court's August 19, 2021 Order granting Plaintiff's Motion to Remand over Defendants' argument that federal jurisdiction exists pursuant

to 28 U.S.C. §§ 1331, 1441(a) and (c), and 1442(a)(1).  A copy of the Order is attached hereto as

**Exhibit "A."**

Respectfully submitted,

**HALL BOOTH SMITH, P.C.**

T. ANDREW GRAHAM (GA 30477)
Admitted Pro Hac Vice
366 Madison Avenue, 5th Floor
New York, NY 10017
Phone: 212-805-3632
Fax: 917-781-0811
agraham@hallboothsmith.com
***Counsel for Moving Defendants***

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By:____/s/ *Keith Hansbrough*_____
KEITH HANSBROUGH (0072671)
JASON P. FERRANTE (0078480)
JILLIAN L. DINEHART (0086993)
127 Public Square, Suite 3510
Cleveland, Ohio 44114
Phone: (216) 912-3800
Fax: (216) 344-9006
Email: khansbrough@mdwcg.com
jferrante@mdwcg.com
jldinehart@mdwcg.com
***Counsel for Moving Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By: ____/s/ *Keith Hansbrough*_____
KEITH HANSBROUGH (0072671)